UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN TAVAREZ-VARGAS,

                Plaintiff,

- against -

LIFE EXTENSION FOUNDATION
BUYERS CLUB, INC.,

                Defendant.

**ORDER**

21 Civ. 10386 (PGG) (GWG)

PAUL G. GARDEPHE, U.S.D.J.:

        The pre-motion conference in this matter currently scheduled for June 29, 2022 is adjourned to **June 30, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        June 17, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge