

Edward Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

July 7, 2022

<u>**VIA ECF**</u>

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

Re: *Tavarez-Vargas v. Life Extension Foundation Buyers Club, Inc.*; Case No. 1:21-cv-10386-PGG

Dear Judge Gardephe:

We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced action. We respectfully write to the Court regarding the Leave to File Second Amended Complaint submitted to the Court on July 7, 2022. *See* Docket No. 20. This document was a replica of the Extension of Time to Amend the Complaint filed on July 7, 2022. *See* Docket No. 19. This document was filed in this case in error and we respectfully request to have it struck from the docket.

Thank you for your consideration of this matter.

Respectfully submitted,
/s/ Edward Kroub
Edward Kroub, Esq.

Cc: All Counsel of Record (via ECF)

**Memo Endorsed:** The Clerk of Court is directed to strike the duplicate letter at Dkt. No. 20.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: July 11, 2022